HIGGINS-WALSH, CYNTHIA, A.
107 NW FIR AVE.
REDMOND, OR. 97756
541-248-4714
cyndyscenter@aol.com

FILED 15 NOV '16 15:23 USDC-ORE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### EUGENE        DIVISION

*(Select the Division in which the complaint is filed.)*

---

CYNTHIA A. HIGGINS-WALSH

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

BEND STORAGE & TRANSFER INC.   et al

JAMES L. LYNCH

NANCY LYNCH

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. 6:16-cv-2172-JR
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

HIGGINS-WALSH, CYNTHIA, A.
107 NW FIR AVE.
REDMOND, OR. 97756
541-248-4714
cyndyscenter@aol.com

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CYNTHIA A. HIGGINS-WALSH |
| Street Address | 107 NW FIR AVE. |
| City and County | REDMOND, county of DESCHUTES |
| State and Zip Code | OREGON   97756 |
| Telephone Number | 541-248-4714 |
| E-mail Address | cyndyscenter@aol.com |

   B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | BEND STORAGE & TRANSFER INC. |
| Job or Title (if known) | BUSINESS ENTITY |
| Street Address | 2350 NE 2nd ST. |
| City and County | BEND county of DESCHUTES |
| State and Zip Code | OREGON   97701 |
| Telephone Number | 541-382-5641 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | JAMES L. LYNCH |
| Job or Title (if known) | OWNER |
| Street Address | 2350 NE 2nd ST. |
| City and County | BEND county of DESCHUTES |

HIGGINS-WALSH, CYNTHIA, A.
107 NW FIR AVE.
REDMOND, OR. 97756
541-248-4714
cyndyscenter@aol.com

| | |
|---|---|
| State and Zip Code | OREGON   97701 |
| Telephone Number | 541-382-5641 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | NANCY LYNCH |
| Job or Title (if known) | OWNER |
| Street Address | 2350 NE 2nd ST. |
| City and County | BEND county of DESCHUTES |
| State and Zip Code | OREGON   97701 |
| Telephone Number | 541-382-5641 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | BEND STORAGE & TRANSFER INC./UNITED |
| Street Address | 2350 NE 2nd ST. |
| City and County | BEND county of DESCHUTES |
| State and Zip Code | OREGON 97701 |
| Telephone Number | 541-382-5641 |

3

HIGGINS-WALSH, CYNTHIA, A.
107 NW FIR AVE.
REDMOND, OR. 97756
541-248-4714
cyndyscenter@aol.com

**II.     Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- ☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- ☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☒ Other federal law *(specify the federal law)*:
    _____

- ☒ Relevant state law *(specify, if known)*:
    _____

- ☐ Relevant city or county law *(specify, if known)*:
    _____

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

HIGGINS-WALSH, CYNTHIA, A.
107 NW FIR AVE.
REDMOND, OR. 97756
541-248-4714
cyndyscenter@aol.com

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
■ Termination of my employment.
■ Failure to promote me.
■ Failure to accommodate my disability.
■ Unequal terms and conditions of my employment.
■ Retaliation.
☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s):

JANUARY 2014 through JULY 2015, and to current

C. I believe that defendant(s) *(check one)*:

■ is/are still committing these acts against me.
☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐ race _____
☐ color _____
■ gender/sex   female
☐ religion _____
☐ national origin _____
☐ age:
My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
■ disability or perceived disability *(specify disability)*
work injury to shoulder  I was  instructed not to report  to the owners in fearr
of affecting my job security

5

HIGGINS-WALSH, CYNTHIA, A.
107 NW FIR AVE.
REDMOND, OR. 97756
541-248-4714
cyndyscenter@aol.com

E. The facts of my case are as follows. Attach additional pages if needed.

_____
_____
_____
_____
_____
_____
_____

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*:

**SEPTEMBER 28, 2015 EEOC RECIEVED COMPLAINT FROM BOLI**

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)*: **AUGUST 31, 2016**.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

6

HIGGINS-WALSH, CYNTHIA, A.
107 NW FIR AVE.
REDMOND, OR. 97756
541-248-4714
cyndyscenter@aol.com

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_____

_____

_____

_____

_____

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: NOV 10, 2016.

Signature of Plaintiff _____

Printed Name of Plaintiff   CYNTHIA A. HIGGINS-WALSH

7

HIGGINS-WALSH, CYNTHIA, A.
107 NW FIR AVE.
REDMOND, OR. 97756
541-248-4714
cyndyscenter@aol.com

**B.    For Attorneys**

      Date of signing: _____, 20____.

      Signature of Attorney       _____
      Printed Name of Attorney  _____
      Bar Number                      _____
      Name of Law Firm            _____
      Address                            _____
      Telephone Number           _____
      E-mail Address                 _____